IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIANCE SEMICONDUCTOR, CORPORATION, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 06-6491 CW<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| GREG PRIOETTE,<br><br>    Plaintiff,<br><br>  v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 06-6501 WHA |
| ALEXANDER MA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLIANCE SEMICONDUCTOR CORPORATION, ET AL.,<br><br>    Defendants.<br>_____/ | No. 06-6511 EDL |

| | |
|---|---|
| RECLAIM CENTER, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    Defendants.<br>_____/ | No. 06-6533 SI |
| YONI RIBO,<br><br>    Plaintiff,<br><br>    v.<br><br>CYPRESS SEMICONDUCTOR CORPORATION, ET AL.,<br><br>    Defendants.<br>_____/ | No. 06-6535 WHA |
| ARTHUR MADSEN, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    Defendants.<br>_____/ | No. 06-6541 SI |
| JAMIE MAITES, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    Defendants.<br>_____/ | No. 06-6542 SBA |

| | | |
|---|---|---|
| 1 | WESTELL TECHNOLOGIES INC., | No. 06-6652 JL |
| 2 |     Plaintiff, | |
| 3 |   v. | |
| 4 | ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| 5 | | |
| 6 |     Defendants. | |
| 7 | _____/ | |
|  | DAVID TAKEDA, | No. 06-6663 MEJ |
| 8 |     Plaintiff, | |
| 9 |   v. | |
| 10 | ALLIANCE SEMICONDUCTOR CORPORATION, ET AL., | |
| 11 | | |
| 12 |     Defendants. | |
| 13 | _____/ | |
|  | KAROL JUSKIEWICZ, | No. 06-6668 MJJ |
| 14 |     Plaintiff, | |
| 15 |   v. | |
| 16 | SAMSUNG ELECTRONICS CO., LTD., ET AL., | |
| 17 | | |
| 18 |     Defendants. | |
| 19 | _____/ | |
|  | | No. 06-6698 JSW |
| 20 | CHIP TECH, LTD., | |
| 21 |     Plaintiff, | |
| 22 |   v. | |
| 23 | CYPRESS SEMICONDUCTOR CORP., ET AL., | |
| 24 |     Defendants. | |
| 25 | _____/ | |

**United States District Court**
For the Northern District of California

```
 1  MICHAEL FRANCIS AYERS, ET AL.,            No. 06-6770 SBA

 2           Plaintiffs,

 3       v.

 4  SAMSUNG ELECTRONICS CO., LTD.,
    ET AL.,
 5
             Defendants.
 6
                                          /
 7
    DON THOMPSON, ET AL.,                     No. 06-7006 SI
 8
             Plaintiffs,
 9
         v.
10
    ALLIANCE SEMICONDUCTOR CORPORATION,
11  ET AL.,

12           Defendants.

13                                        /

14  STARGATE FILMS INC.,                      No. 06-7007 CW

15           Plaintiff,

16       v.

17  ALLIANCE SEMICONDUCTOR CORPORATION,
    ET AL.,
18
             Defendants.
19
                                          /
20
    MICHAEL KATZ, ET AL.,                     No. 06-7194 MEJ
21
             Plaintiffs,
22
         v.
23
    SAMSUNG ELECTRONICS CO., LTD.,
24  ET AL.,

25           Defendants.

26                                        /

27

28
                                    4
```

1   The Court has before it five motions to consider whether cases
2 should be related.  The Court has also received a notice from the
3 Judicial Panel on Multidistrict Litigation that a motion to
4 transfer has been filed pursuant to 28 U.S.C. § 1407 (MDL No. 1819,
5 <u>In re Static Random Access Memory (SRAM) Antitrust Litigation</u>).
6 Because resolution of the motion to transfer may moot the motions
7 before this Court, the Court DENIES the motions to consider
8 relating without prejudice to renewal following the resolution of
9 the proceedings before the Judicial Panel on Multidistrict
10 Litigation (Docket Nos. 4, 7, 16, 26, 28).[1]

12   IT IS SO ORDERED.



14 Dated: 12/ 14/06
    ─────────────────────────────
15                              CLAUDIA WILKEN
                                 United States District Judge

---

[1] The Court notes that there is a motion to consider relating some of these cases to an earlier numbered case, <u>In re DRAM Antitrust Litigation</u>, No. 02-1486 PJH), which Judge Hamilton denied without prejudice due to the pending proceedings before the Judicial Panel on Multidistrict Litigation.

5